389 A.2d 700

Snyder v. Snyder, Appellant.

Argued March 13, 1978.  Bernadette Barattini, with her Wix, Wenger & Weidner, for appellant;  Robert G. Radebach, with him Raymond Kleiman, for appellee.

Order affirmed.